UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-cv-565-FL

| | |
|---|---|
| ABC PHONES OF NORTH CAROLINA, INC. D/B/A VICTRA,<br><br>Plaintiff,<br><br>v.<br><br>STRAX AMERICAS, INC., MATTER BRANDS LLC,<br><br>Defendants. | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that John R. Gardner of K&L Gates LLP, hereby enters his appearance in this action as counsel for Plaintiff ABC Phones of North Carolina, Inc. d/b/a Victra and requests that all pleadings and papers in this action be served upon the undersigned.

Respectfully submitted, this the 4th day of October, 2024.

        By: */s/John R. Gardner*
            John R. Gardner
            K&L Gates LLP
            301 Hillsborough St., Suite 1200
            Raleigh, NC 27603
            Tel: (919) 743-7325
            Fax: (919) 743-7358
            Email: John.Gardner@klgates.com
            N.C. State Bar No. 32683

            ***Attorney for Plaintiff ABC Phones of North Carolina, Inc. d/b/a Victra***

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day either via transmission of Notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notice:

*Via Certified Mail*
Strax Americas, Inc.
200 Crandon Blvd., Suite 320
Key Biscayne, FL 33149
***Defendant***

*Via Certified Mail*
Matter Brands LLC
650 South 500 West
Salt Lake City, UT 84101
***Defendant***

                                        */s/John R. Gardner*
                                        John R. Gardner