# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00565-FL

|  |  |
|---|---|
| ABC PHONES OF NORTH CAROLINA, INC. d/b/a VICTRA,<br><br>*Plaintiff*,<br><br>v.<br><br>STRAX AMERICAS, INC. and MATTER BRANDS, LLC,<br><br>*Defendants*. | **DECLARATION OF MARCELA HERRAN** |

I, Marcela Herran, pursuant to 28 U.S.C. § 1746, state and declare under penalty of perjury as follows:

1. I am over the age of 18 and am not subject to any legal infirmity. I make this declaration on the basis of my personal knowledge.

2. I am an employee of Defendant Strax Americas, Inc. ("Strax") and am based in Strax's Key Colony Plaza shared office in Florida, located at 200 Crandon Blvd., Suite 320, Key Biscayne, FL 33149 (the "Key Colony Plaza Office").

3. Alvaro Rodas and I are the only two Strax employees who work at the Key Colony Plaza Office. The Key Colony Plaza Office is a shared office space with an individual office for Strax. Mr. Rodas and I are not regularly in the Key Colony Plaza Office as we work remotely.

4. On or about October 22, 2024, I discovered that a copy of a Summons and Complaint had been mailed to Strax's Key Colony Plaza office. The Summons



1

and Complaint were postmarked October 10, 2024. Neither I nor Mr. Rodas signed to acknowledge receipt of these documents at the time they were delivered or received any notification that they had been delivered until I saw the mail on October 22, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 2, 2024

_____
Marcela Herran