# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| ABC PHONES OF NORTH CAROLINA, INC. d/b/a VICTRA, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) Civil Case No.: 5:24-cv-00565-FL<br>) |
| STRAX AMERICAS, INC. and MATTER BRANDS LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ACCEPTANCE OF SERVICE

The undersigned, who has been authorized to accept service of process on behalf of Strax Americas, Inc. ("Strax"), hereby acknowledges and accepts service of process on behalf of Strax, as of December 19, 2024. Strax preserves and does not waive any procedural or substantive immunities or defenses that it may have in or to this action, including but not limited to under Rule 12(b)(2) of the Federal Rules of Civil Procedure, except for defenses based on insufficiency of process or insufficiency of service of process.

Respectfully submitted, this 19th day of December, 2024.

/s/ Michelle A. Liguori
Michelle A. Liguori
N.C. State Bar No. 52505
Ellis & Winters LLP
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
michelle.liguori@elliswinters.com

*Attorney for Defendant Strax Americas, Inc.*