IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00565-FL

| | |
|---|---|
| ABC PHONES OF NORTH CAROLINA, INC. d/b/a VICTRA,<br><br>*Plaintiff,*<br><br>v.<br><br>STRAX AMERICAS, INC. and MATTER BRANDS LLC,<br><br>*Defendants.* | **ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME** |

This matter has come before the undersigned pursuant to Plaintiff ABC Phones of North Carolina, Inc. d/b/a Victra's ("Victra") Consent Motion for Extension of Time. Good cause exists to grant the Motion, and Defendant Strax Americas, Inc. ("Strax") consents to the Motion.

IT IS, THEREFORE, ORDERED that Victra's Motion is GRANTED. Victra is hereby granted an additional thirty (30) days, through and including January 22, 2025, to (i) answer, plead, or otherwise respond to Strax's Counterclaims, (ECF No. 18), and (ii) submit a response in opposition to Strax's Motion to Dismiss, (ECF No. 16).

IT IS SO ORDERED.

This the 20th day of December, 2024.

_____
Louise Wood Flanagan
United States District Judge