IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:24-cv-565

| | |
|---|---|
| ABC PHONES OF NORTH CAROLINA, INC. d/b/a VICTRA, <br><br> Plaintiff, <br><br> v. <br><br> STRAX AMERICAS, INC. and MATTER BRANDS LLC, <br><br> Defendants. | **DEFENDANT MATTER BRANDS, LLC'S MOTION TO DISMISS** |

Defendant Matter Brands, LLC ("Matter Brands") pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), hereby files this Motion to Dismiss Plaintiff ABC Phones of North Carolina, Inc. d/b/a Victra's ("Victra") Amended Complaint (ECF No. 1) against Matter Brands in its entirety.

Matter Brands respectfully requests that the Court dismiss this action for lack of subject matter jurisdiction pursuant to FRCP 12(b)(1) as Victra has failed to plead Matter Brands' citizenship or otherwise establish that complete diversity exists between the parties. Matter Brands further respectfully requests that the Court dismiss this action for lack of personal jurisdiction under FRCP 12(b)(2) on the grounds that neither general nor specific personal jurisdiction exists over Matter Brands in North Carolina. Matter Brands further respectfully requests that the Court dismiss this action pursuant to FRCP 12(b)(6) as Victra has failed to plead any claim against Matter Brands. Matter Brands is filing its Memorandum of Law in support of its Motion to Dismiss contemporaneously herewith. For the reasons stated above, and as fully detailed in the

1

accompanying Memorandum, Matter Brands requests that the Court dismiss Victra's Complaint against it in its entirety with prejudice.

WHEREFORE, Matter Brands requests that the Court grant its Motion to Dismiss Victra's Complaint against it in its entirety with prejudice.

This the 20th day of December 2024.

                                                WYRICK ROBBINS YATES & PONTON LLP

                                                By:  /s/ Michael D. DeFrank
                                                         Michael D. DeFrank (NC Bar No. 32235)
                                                         mdefrank@wyrick.com
                                                         Mary Kate Gladstone (NC Bar No. 58161)
                                                         mgladstone@wyrick.com
                                                         4101 Lake Boone Trail, Suite 300
                                                         Raleigh, North Carolina 27607
                                                         Telephone: 919-781-4000
                                                         Facsimile: 919-781-4865

                                              *ATTORNEYS FOR DEFENDANT MATTER BRANDS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this day a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will cause notice of this filing to be served to all counsel of record.

>John R. Gardner
>K&L Gates LLP
>John.gardner@klgates.com
>*Counsel for Plaintiff ABC Phones of North Carolina, Inc. d/b/a Victra*
>
>Daniel D. McClurg
>K&L Gates LLP
>Daniel.mcclurg@klgates.com
>*Counsel for Plaintiff ABC Phones of North Carolina, Inc. d/b/a Victra*
>
>Michelle A. Liguori
>Ellis & Winters LLP
>Michelle.liguori@elliswinters.com
>*Counsel for Defendant Strax Americas, Inc.*

This the 20th day of December 2024.

>/s/ Michael D. DeFrank_____
>Michael D. DeFrank