# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| ABC PHONES OF NORTH CAROLINA, INC. d/b/a VICTRA, <br><br> Plaintiffs, <br><br> vs. <br><br> STRAX AMERICAS, INC. and MATTER BRANDS LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) **Civil Case No.: 5:24-cv-00565-FL** ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Suraj Vege, of the law firm of Ellis & Winters LLP, hereby gives notice of his appearance as counsel for Defendant Strax Americas, Inc. in the above captioned matter and requests that copies of all notices, motions, and all other pleadings in this case be served upon him at the address below.

Date: February 5, 2025

/s/ Suraj Vege
Suraj Vege
N.C. State Bar No. 59878
Ellis & Winters LLP
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
suraj.vege@elliswinters.com

*Attorney for Defendant Strax Americas, Inc.*